**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO GONZALES,<br><br>      Petitioner,<br><br>  vs.<br><br>RICHARD WEST,<br><br>      Respondent.<br>                                         / | No. C 07-2617 WHA (PR)<br><br>**ORDER OF DISMISSAL** |

       This pro se habeas action was filed on May 16, 2007. On that same day petitioner was notified that his application for leave to proceed in forma pauperis was deficient because he had used the wrong form, provided only page one of the form he did send, not submitted a Certificate of Funds, and failed to submit a copy of his trust account statement as required by 28 U.S.C. § 1915(a)(1). A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Petitioner was informed that if he did not either pay the fee or remedy the deficiencies of the application within thirty days the case would be dismissed. More than thirty days have passed and no response has been received.

       This case is therefore **DISMISSED** without prejudice. No fee is due. The clerk shall close this file.

       **IT IS SO ORDERED.**

Dated: June 26, 2007.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.07\GONZALES617.DSIFP