UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


SERGIO GONZALES,

        Plaintiff,

  v.

RICHARD WEST,

        Defendant.
                                                /

Case Number: CV07-02617 WHA

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 26, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Sergio Gonzales
J-34312/ f-1-103
Salinas Valley State Prison
PO Box 1060
Soledad, CA 93960-1060

Dated: June 26, 2007

                                            Richard W. Wieking, Clerk
                                            By: Dawn Toland, Deputy Clerk